JAN 08 2008

LONG ISLAND OFFICE

Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE ASSIGNMENT

Civil action 08cv082 was assigned to Judge Platt as related to 05cv662 and 05cv4856 on January 8, 2008.

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File